# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GORDON C. REID,                    :

    Petitioner            :     CIVIL ACTION NO. 3:18-1018

    v                            :
                                                 (JUDGE MANNION)
Warden DAVID EBBERT,    :

    Respondent         :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated: December 13, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1018-01-ORDER.wpd